IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 28 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00151-REB-KMT

LAWRENCE R. GILMORE,

Applicant,

v.

SCOTT T. BRANDT,

Respondent.

___

### ORDER DIRECTING THE U.S. MARSHAL TO EFFECT SERVICE OF PROCESS

___

THIS MATTER having come before the Court upon Motion of Lawrence R. Gilmore for an order directing the U.S. Marshals Service to effect service of process, and the Court being advised in the premises, hereby

ORDERS that the U.S. Marshals Service:

(1)    shall serve the Application for Confirmation of Arbitration Award Pursuant to the U.S. Arbitration Act and the Notice of Application on Respondent Scott T. Brandt at his usual place of business: 19935 Ventura Blvd., Suite 300, Woodland Hills, California 91364;

(2)    shall serve the above-named papers without a Summons, which is not required by 9 U.S.C. § 9, and file a return of service thereon with the Clerk of the Court of the U.S. District Court for the District of Colorado; and

(3)    shall take all reasonable and necessary steps to effect the service as soon as possible; and

FURTHER ORDERS that the Clerk of the Court (a) shall advise counsel for Applicant Gilmore when the papers for service have been transmitted to the U.S. Marshals Service for the District of Colorado; and (b) shall transmit at the Clerk's earliest convenience the following papers for service to the U.S. Marshals Service:

(1) Three copies of the Notice and three copies of the Application with exhibits;

(2) Three copies of the Court's Order; and

(3) Form 285 (the original form with carbon copies) for the U.S. Marshal's return of service.

Dated January 27, 2011, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00151-REB-KMT

Thomas D. Birge
Birge & Minckley, PC
Attorney's at Law
**DELIVERED ELECTRONICALLY**

US Marshal Service
Service Clerk
Service forms for: Scott T. Brandt

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Scott T. Brandt: APPLICATION FOR CONFIRMATION OF ARBITRATION AWARD FILED 01/21/2011, NOTICE OF APPLICATION FILED 01/21/2011, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on January 28, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk