**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 11-cv-00151-REB

LAWRENCE R. GILMORE,

    Applicant,

v.

SCOTT T. BRANDT,

    Respondent.

---

**MINUTE ORDER**[1]

---

    The matter is before the court on **Respondent's Motion to Allow The Reply in Support of Motion To Vacate Arbitration Award Pursuant To The U.S. Arbitration Act, 9 U.S.C. § 10 and Request For Evidentiary Hearing To Exceed The Page Limits of REB Civ. Practice Standard V.B.1 and Be Filed Out of Time** [#28] filed July 8, 2011. The motion is **GRANTED** and **Respondent's Reply in Support of Motion to Vacate Arbitration Award Pursuant To The U.S. Arbitration Act, 9 U.S.C. § 10 and Request For Evidentiary Hearing** [#28-1] is accepted for filing.

    Dated: July 11, 2011

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.