**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  11-cv-00151-REB

LAWRENCE R. GILMORE,

    Applicant,

v.

SCOTT T. BRANDT,

    Respondent.

## ORDER GRANTING APPLICANT'S MOTION FOR ATTORNEY FEES

**Blackburn, J.**

The matter before me is **Applicant's Motion for Attorneys' Fees** [#33][1] filed November 11, 2011.  I have subject matter jurisdiction pursuant to 28 U.S.C. § 1331 (federal question).  I grant the motion.

Pursuant to my **Order** [#31] filed October 31, 2011, and as provided by the Colorado Securities Act, §11-51-604, C.R.S., applicant was awarded his attorney fees incurred in the instant lawsuit to enforce an arbitration award in his favor.  (***Id.*** ¶ 5(c) at 11.)  Based on a lodestar calculation applicant requests $17,740.00 in attorney fees. ***See Hensley v. Eckerhart***, 461 U.S. 424, 433, 103 S.Ct. 1933, 1939, 76 L.Ed.2d 40 (1983) ("lodestar" represents the number of hours reasonably expended multiplied by a reasonable hourly rate); ***Malloy v. Monahan***, 73 F.3d 1012, 1017-18 (10th Cir. 1996) (same).  There is a strong presumption that the lodestar fee represents a reasonable

---

[1] "[#33]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order and the orders entered in this case.

fee for purposes of fee-shifting statutes.  ***Homeward Bound, Inc. v. Hissom Memorial Center***, 963 F.2d 1352, 1355 (10th Cir. 1992).

Respondent does not object.  (***See* Respondent's Response to Applicant, Lawrence R. Gilmore's Motion for Attorneys** [*sic*] **Fees** at 1 [#39] filed December 2, 2011.)  Moreover, having reviewed applicant's motion and supporting documents, I find that the amount of fees requested is eminently reasonable.[2]  Accordingly, I find and conclude that applicant's motion should be granted and applicant awarded $17,740.00 in attorney fees.

**THEREFORE, IT IS ORDERED** as follows:

1.  That **Applicant's Motion for Attorneys' Fees** [#33] filed November 11, 2011, is **GRANTED**; and

2.  That applicant, Lawrence R. Gilmore, is **AWARDED** attorney fees in the amount of $17,740.00.

Dated January 18, 2012, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge

---

[2]  I specifically commend applicant's counsel for their exemplary exercise of sound billing judgment in propounding their fee request.